UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

William H. Covell,

    Plaintiff,

v.

Joseph Scibana, et al.

    Defendants.
_____/

Case No. 98-75574

Honorable Nancy G. Edmunds

## JUDGMENT

The Court having reviewed and fully considered the pleadings filed by the parties and for the reasons set forth in an Order dated __JUL 1 1 2000__ and filed herein;

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

The Court hereby ACCEPTS IN PART AND REJECTS IN PART the Magistrate's June 13, 2000 Report and Recommendation. Defendant Dr. Parker's motion for summary judgment is GRANTED. This case is DISMISSED.

SO ORDERED.

Nancy G. Edmunds
U.S. District Judge

Dated: JUL 1 1 2000